# Exhibit 3

| US8566868B1 | Wipro Next-Gen ATSC 3.0 Digital TV Receiver ("The accused product") utilizing ATSC 3.0 ("The Standard") |
|---|---|
| 17. A method of providing programming at a receiver station, comprising: | The accused product supports ATSC 3.0 standard ("The standard").<br><br>The standard practices a method of providing programming (e.g., media content, etc.), at a receiver station (e.g., ATSC receiver, media player, etc.).<br><br>As shown below, the standard practices a method of transmitting TV program content such as videos, audios, etc., to an ATSC receiver.<br><br><br><br>https://www.wipro.com/newsroom/press-releases/2019/wipro-launches-next-gen-atsc-3-0-digital-tv-receiver-solution/ |



https://www.wipro.com/events/join-wipro-at-ces-2026/



https://www.wipro.com/events/join-wipro-at-ces-2024/

The following lists some of the investments that Wipro engineering business unit has made spanning across its key building blocks, technology areas, and sectors:

- **ATSC 3.0 Next Gen TV Digital Receiver SW.** ATSC 3.0 is a next-generation hybrid TV standard, enables reception of NextGenTV broadcast in the digital TV receivers and includes all latest features starting from 4K video, immersive audio, broadband, interactivity, broadcaster applications, personalization, companion screen, and so forth. It is a hybrid standard and its advanced broadcasting methods makes it ideal for fixed and mobile reception.

- **MiQ — Manufacturing Intelligent Quotient.** Next Gen Connected Business Analytics Platform for rapid digital transformation. It is a one-stop shop for end-to-end analytics, cognitive, and

©2021 IDC                    #US47538921                    8

https://www.wipro.com/content/dam/nexus/en/analyst-speak/pdfs/wipros-innovative-engineering-and-r-d-services-featured-in-idc-vendor-profile.pdf

ATSC 3.0 is a major version of the ATSC standards for television broadcasting created by the Advanced Television Systems Committee. Wipro's Next-Gen ATSC 3.0 solution provides full support for hybrid TV viewing and enables viewing of broadcast video content on a range of devices such as set-top-boxes (STBs}, smart TVs, media gateways, mobiles, tablets, dongles and in-car entertainment units. This solution enables its customers to quickly build immersive and interactive receiver solutions and position themselves uniquely within the hybrid TV viewing user segment. The solution will be compatible with Android TV and other operating systems, thus enabling quick integration on the desired device.

Discover more    ⊕ Watch    ⊕ Hard Drives    ⊕ Backup    ⊕ Hard disk drive

⊕ Installation

The solution incorporates both legacy ATSC 1.0 and Next-Gen ATSC 3.0 delivery systems, with a multi-process architecture and well-defined abstraction layers for easy porting. It also provides multi-type application support across HTML5, Android, iOS and native apps, and comes pre-packaged with Wipro's MPEG DASH and HbbTV components for multi-screen delivery.

Wipro's Next-Gen ATSC 3.0 solution has been enabled using Airwavz RedZone Receiver (RZR) dongle, which is a hybrid ATSC 1.0 & 3.0 digital TV front-end tuner-demodulator that easily plugs into a standard PC, laptop or other OTT device over USB interface.

https://www.equitybulls.com/category.php?page=44&id=244067

SPOTLIGHT ATSC 3.0



**KEY FEATURES**

- Built on the same Internet Protocol backbone as today's popular streaming media platforms

- Designed to bring together Over-the-Air with Over-the-Top content

- Delivers better video quality and immersive audio to viewers

- Provides the capability of Advanced Emergency Alerting and Informing

- Easily adaptable for future technologies

https://www.atsc.org/nextgen-tv/

     Search Web Site...

Advanced Search

ABOUT    MEMBERS    SPONSORS    SUBCOMMITTEES    TECHNICAL DOCUMENTS    NEWS    EVENTS    SPOTLIGHT ATSC 3.0    CONTACT US

**ATSC 3.0 TECHNICAL DOCUMENTS**

ATSC 3.0 is a next generation digital terrestrial broadcast system designed from the ground up to improve the television viewing experience and open new business models and verticals to the broadcasting ecosystem. With higher audio and video quality, improved compression efficiency, robust transmission for reception on both fixed and mobile devices, and more accessibility, personalization and interactivity, the state-of-the-art IP-based data delivery capability, and unprecedented flexibility and evolvability the ATSC 3.0 standard is designed to usher in a new chapter in the digital terrestrial broadcasting industry. The complete system is defined in a suite of 20+ Standards and companion Recommended Practices.

https://www.atsc.org/documents/atsc-3-0-standards/

ATSC 3.0 is designed to bring over-the-air TV broadcasts up to date. It was developed by the Advanced Television Systems Committee (ATSC), the same international group of broadcasters, TV manufacturers, and other tech companies that established the HDTV technical standards in force today.

https://www.consumerreports.org/electronics/emerging-technology/nextgen-tv-atsc-3-what-to-know-a7427792466/

## What is Next Generation TV?

The next generation of broadcast television technology is deploying in cities across the country. NEXTGEN TV, also known as ATSC 3.0, offers 4K ultra high-definition video quality, theater-like sound, mobile reception and innovative new features to enhance and expand your broadcast viewing experience.

- Because the new technology combines the best features of broadcast television and broadband, NEXTGEN TV allows local stations to better personalize their broadcasts with information and interactive features so you can get the content and features most relevant to you.
- NEXTGEN TV also supports enhanced mobile reception, so viewers can access unlimited live local and national news, the most popular sports and entertainment programs and children's shows on mobile devices over the air without having to rely on cellular data services.

https://www.nab.org/innovation/nextgentv.asp

There are noteworthy differences between an HTML5 application deployed in a normal web environment and one deployed in an ATSC 3.0 broadcast environment. In the ATSC 3.0 broadcast environment, a Broadcaster Application can:

- Access resources from broadcast or broadband;
- Request Receivers to perform certain functions that are not otherwise available via the JavaScript APIs, such as:
  - Utilizing the media player provided by the Receiver (called the Receiver Media Player) to:
    - Stream media content via broadcast signaling delivery mechanism
    - Stream media content (i.e., unicast) via broadband delivery mechanism

*Source: ATSC 3.0 Standard*

### 7.1  Utilizing RMP

The RMP can be triggered to play out media content streamed over broadcast by receiver logic or by an explicit request from a Broadcaster Application. These distinctions are further described in this section.

### 7.1.1  Broadcast or Hybrid Broadband and Broadcast Live Streaming

When tuned to a new service, the RMP determines whether to play out the media stream or whether to wait for the Broadcaster Application to determine whether to play out the media stream. The HTML Entry page Location Description (HELD) specified in A/331 [1] signals which entity (AMP, RMP) is intended to play the media stream, however receiver logic can choose to play out the media stream, regardless of what is signaled in HELD. The information in the MPD determines whether the media stream segments are to be played out from broadcast or from a combination of broadband and broadcast.

*Source: ATSC 3.0 Standard*

### 7.1.3    Downloaded Media Content

Depending on the request from the Broadcaster Application, the RMP can play out downloaded media content that was delivered via broadband or broadcast. The Broadcaster Application can make such a request using the Set RMP URL WebSocket API as described in Section 9.7.3.

*Source: ATSC 3.0 Standard*

```
<MPD type="dynamic" … availabilityStartTime="2016-07-01T00:00:00Z">
…
<Period start="PT0S" >    <!-- P1a -->
  <AdaptationSet mimeType="video/mp4" … >
    <SegmentTemplate timescale="90000" … media="xbc-$Number$.mp4v" duration="90000" />
    <Representation id="v2" width="1920" height="1080" … />
  </AdaptationSet>
</Period>

<Period start="PT9H" >    <!-- P1b -->
  <AdaptationSet mimeType="video/mp4" … >
    <SegmentTemplate timescale="90000" … media="xbc-$Number$.mp4v" duration="90000"
          startNumber="32401" />
    <Representation id="v2" width="1920" height="1080" … />
  </AdaptationSet>
</Period>

<Period start="PT9H0M30S" >       <!-- P1c -->
  <AdaptationSet mimeType="video/mp4" … >
    <SegmentTemplate timescale="90000" … media="xbc-$Number$.mp4v" duration="90000"
          startNumber="32431" />
    <Representation id="v2" width="1920" height="1080" … />
  </AdaptationSet>
</Period>
</MPD>
```

*Source: ATSC 3.0 Standard*

## 4.2 Receiver Media Player Display

The RMP presents its video output behind any visible output from the Broadcaster Application. Figure 4.1 illustrates the relationship and the composition function performed in the Receiver.

Figure 4.1 illustrates two examples. In the example on the left, the graphical output from the Broadcaster Application is overlaid onto the full-screen video being rendered by the Receiver Media Player. For the linear A/V service with application enhancement, the Broadcaster Application may instruct the Receiver Media Player to scale the video, as it may wish to use more area for graphics. A JSON-RPC message as described in Section 9.7.2 is used to instruct the RMP to scale and position the video it renders. This scenario is illustrated in the example shown on the

*Source: ATSC 3.0 Standard*

right side of the figure. The Broadcaster Application will likely want to define the appearance of the screen surrounding the video inset. It can do that by defining the background in such a way that the rectangular area where the RMP video is placed is specified as transparent.



**Figure 4.1** Rendering model for application enhancements using RMP.

*Source: ATSC 3.0 Standard*

| receiving, at said receiver station, a computer | The standard practices receiving, at said receiver station (e.g., ATSC receiver, media player, etc.), a computer program (e.g., broadcaster application) transmitted from a transmitter station (e.g., a broadcasting station) under the control of the transmitter station (e.g., a |
| --- | --- |

| | |
|---|---|
| program transmitted from a transmitter station under the control of the transmitter station; | broadcasting station).<br><br>As shown below, the standard practices a method of transmitting TV program content such as videos, audios, etc., to an ATSC receiver. The broadcaster transmits a Broadcaster application over the broadcast signal to the receiver via the ROUTE protocol.<br><br>**Broadcaster Application** – A Broadcaster Application is used herein to refer to the functionality embodied in a collection of files comprised of an HTML5 document, known as the Entry Page and other HTML5, CSS, JavaScript, image and multimedia resources referenced directly or indirectly by that document, all provided by a broadcaster in an ATSC 3.0 service. The Broadcaster Application refers to the client-side functionality of the broader Web Application that provides the interactive service. The distinction is made because the broadcaster only transmits the client-side documents and code. The server-side of this broader Web Application is implemented by an ATSC 3.0 receiver and has a standardized API for all applications. No server-side application code can be supplied by the broadcaster. The broadcaster may provide Web-based documents and code that work in conjunction with the Broadcaster Application over broadband making the Broadcaster Application a true Web Application. The collection of files making up the Broadcaster Application can be delivered over the web in a standard way or can be delivered over broadcast as packages via the ROUTE protocol.<br><br>*Source: ATSC 3.0 Standard* |



Figure 6.1 Receiver Conceptual Architecture.

*Source: ATSC 3.0 Standard*

### 6.4.1    Broadcaster Application Packages

The file components comprising the Broadcaster Application shall be delivered over broadcast within one or more multi-part MIME packages using ROUTE or over broadband as individual files using HTTPS. All files made available through the Receiver Web Server shall be delivered to the receiver as signed packages as described in A/331 [1].

It is not required that all resources used by a Broadcaster Application be delivered in a single ROUTE package when delivered over broadcast. The broadcaster may choose to send a relatively small Entry Page in a signed Entry Package which then performs a bootstrapping operation to determine what other resources have been delivered or are accessible via the broadcast delivery path and, in turn, which resources need to be obtained using broadband requests. Since the Entry

*Source: ATSC 3.0 Standard*

### 6.4    Broadcaster Application Delivery

The file delivery mechanism of ROUTE, described in A/331 [1], provides a means for delivering a collection of files either separately or as a package over the ATSC 3.0 broadcast. The ROUTE-delivered files are made available to the User Agent via a Receiver Web Server as described in Section 6.2. The same collection of files can be made available for broadband delivery by publishing to a receiver-accessible web server. Furthermore, the application signaling [4] determines the source of the Broadcast Application Entry Page, and the location of any other files and packages that are delivered by broadcast.

1) A relative Entry Page URI indicates that the source of the Broadcaster Application Entry Page is broadcast ROUTE data.

2) An absolute Entry Page URL indicates that the Broadcaster Application Entry Page should be sourced from broadband.

3) If any files or packages are delivered by broadcast, the application signaling identifies the LCT channels that are used to deliver the files and/or packages.

*Source: ATSC 3.0 Standard*

**Receiver** – The Receiver described in this document refers to an entity that implements the functions of the Reference Receiver Model.

**Reference Receiver Model** – A conceptual receiver device that is capable of executing the APIs and behavior specified in this document. This document specifies normative attributes of the model, which are intended to inform actual receiver implementations.

*Source: ATSC 3.0 Standard*

There are noteworthy differences between an HTML5 application deployed in a normal web environment and one deployed in an ATSC 3.0 broadcast environment. In the ATSC 3.0 broadcast environment, a Broadcaster Application can:

- Access resources from broadcast or broadband;
- Request Receivers to perform certain functions that are not otherwise available via the JavaScript APIs, such as:
  - Utilizing the media player provided by the Receiver (called the Receiver Media Player) to:
    - Stream media content via broadcast signaling delivery mechanism
    - Stream media content (i.e., unicast) via broadband delivery mechanism
    - Playback media content that has been downloaded via broadcast or broadband delivery mechanisms
  - Utilizing MSE and EME to play media content streamed over broadcast or broadband;

*Source: ATSC 3.0 Standard*

The Broadcaster Application is launched after the Receiver receives application signaling information (see Section 6.3 below) and then forwards the launch URL to the User Agent, which, in turn, loads the Broadcaster Application Entry Page from the URL. Note that the URL may point to an Internet server or to the Receiver Web Server depending on how it is formatted in the service application signaling, specifically, the HTMLEntryPackage@bcastEntryPageUrl or HTMLEntryPackage@bbandEntryPageUrl attributes of the HELD [4]. The specific mechanism of communicating the Broadcaster Application entry URL to the User Agent is a receiver

*Source: ATSC 3.0 Standard*

### 6.3 Broadcaster Application Signaling

The ATSC 3.0 Receiver is responsible for retrieving the Broadcaster Application files and resources from the location and transport mechanism indicated by ATSC 3.0 application signaling [4]. A service must be successfully selected and, for broadcast resources, where a relative URI is supplied, the Entry Package shall be completely available within the Application Context Cache (Section 6.2.2) for the ATSC 3.0 Receiver to launch the Broadcaster Application. For external broadband references where a full URL is provided, the URL supplied in the HTMLEntryPackage@bbandEntryUrl attribute for the Broadcaster Application section of the HELD [1] shall be launched directly.

*Source: ATSC 3.0 Standard*

indirectly by that document, all provided by a broadcaster in an ATSC 3.0 service. The Broadcaster Application refers to the client-side functionality of the broader Web Application that provides the interactive service. The distinction is made because the broadcaster only transmits the client-side documents and code. The server-side of this broader Web Application is implemented by an ATSC 3.0 receiver and has a standardized API for all applications. No

*Source: ATSC 3.0 Standard*

| | |
|---|---|
| loading said computer program into memory of a processor at said receiver station to program operation of said processor; and | The standard practices loading said computer program (e.g., Broadcaster Application) into memory of a processor (e.g., storage of the ATSC receiver) at said receiver station (e.g., ATSC receiver, media player, etc.) to program operation of said processor (e.g., a processor of the ATSC receiver). <br><br> As shown below, the standard practices a method of transmitting TV program content such as videos, audios, etc., to an ATSC receiver. The broadcaster transmits a Broadcaster application over the broadcast signal to the receiver via the ROUTE protocol. The receiver stores the broadcaster application in its local cache. <br><br> **6.  BROADCASTER APPLICATION MANAGEMENT** <br><br> 6.1   Introduction <br><br> A Broadcaster Application is a set of documents comprised of HTML5, JavaScript, CSS, XML, image and multimedia files that may be delivered separately or together within one or more packages. <br> This section describes how a Broadcaster Application package is: <br> • Downloaded, <br> • Signaled, <br> • Launched, and <br> • Managed. <br> Additionally, it describes how a Broadcaster Application can access the resources made available by the Receiver. <br><br> *Source: ATSC 3.0 Standard* |



**Figure 6.1** Receiver Conceptual Architecture.

*Source: ATSC 3.0 Standard*

**Broadcaster Application** – A Broadcaster Application is used herein to refer to the functionality embodied in a collection of files comprised of an HTML5 document, known as the Entry Page and other HTML5, CSS, JavaScript, image and multimedia resources referenced directly or indirectly by that document, all provided by a broadcaster in an ATSC 3.0 service. The Broadcaster Application refers to the client-side functionality of the broader Web Application that provides the interactive service. The distinction is made because the broadcaster only transmits the client-side documents and code. The server-side of this broader Web Application is implemented by an ATSC 3.0 receiver and has a standardized API for all applications. No server-side application code can be supplied by the broadcaster. The broadcaster may provide Web-based documents and code that work in conjunction with the Broadcaster Application over broadband making the Broadcaster Application a true Web Application. The collection of files making up the Broadcaster Application can be delivered over the web in a standard way or can be delivered over broadcast as packages via the ROUTE protocol.

*Source: ATSC 3.0 Standard*

The Broadcaster Application executes inside a W3C-compliant User Agent accessing some of the graphical elements of the Receiver to render the user interface or accessing some of the resources or information provided by the Receiver. If a Broadcaster Application requires access to resources such as information known to the Receiver, or if the Broadcaster Application requires the Receiver to perform a specific action that is not defined by standard W3C User Agent APIs that are widely implemented by browsers, then the Broadcaster Application sends a request to the Receiver WebSocket Server utilizing the set of JSON-RPC messages, defined in this specification.

*Source: ATSC 3.0 Standard*

The Broadcaster Application is launched after the Receiver receives application signaling information (see Section 6.3 below) and then forwards the launch URL to the User Agent, which, in turn, loads the Broadcaster Application Entry Page from the URL. Note that the URL may point to an Internet server or to the Receiver Web Server depending on how it is formatted in the service application signaling, specifically, the `HTMLEntryPackage@bcastEntryPageUrl` or `HTMLEntryPackage@bbandEntryPageUrl` attributes of the HELD [4]. The specific mechanism of communicating the Broadcaster Application entry URL to the User Agent is a receiver implementation detail. However, the entry URL has specific arguments that must be provided as described in Section 8.2.

*Source: ATSC 3.0 Standard*

**Application Context Cache** – The Application Context Cache is a conceptual storage area where information from the broadcast is collected for retrieval through the Receiver Web Server. This document refers to the Application Context Cache as if it were implemented as actual storage though this is for convenience only. An Application Context Cache corresponds to the Application Context Identifier associated with each Broadcaster Application. Files delivered over ROUTE contain attributes that determine the Application Context Cache with which they will be associated.

*Source: ATSC 3.0 Standard*

Once the main Broadcaster Application Entry Page has been loaded, it may begin requesting content from various local or external URLs. This may be done through JavaScript or standard HTML5 href requests in the W3C-compliant fashion. It is assumed that any content received over broadcast via ROUTE file delivery is available through the Application Context Cache and accessed using the Receiver Web Server. This specification makes no assertions as to how this is done nor how any cache or storage is implemented. It does, however, describe how the Broadcaster Application can access the resources using HTTP requests to the Receiver Web Server.

*Source: ATSC 3.0 Standard*

### 4.1    Application Runtime Environment

This specification defines the details of an environment that is required for a Broadcaster Application to run. In the broadcast environment, the files associated with a Broadcaster Application are delivered in ROUTE packages that are unpacked into a conceptual cache area. The pages and resources of a Broadcaster Application are then made available to the User Agent associated with the Receiver. In the broadband environment, launching an application behaves in the same way as in a normal web environment with no specialized behavior or intervention from the Receiver.

*Source: ATSC 3.0 Standard*

In the broadcast case, the broadcaster is responsible for providing the Application Context Id of any Broadcaster Applications that need to access the AEA enhancement content as part of the EFDT fragment describing the signed package containing the AEA enhancement content. The Receiver shall treat this content as it would normal ROUTE-delivered content by making it available in the Application Context Caches corresponding to the listed Application Context IDs. Note that since the AEA enhancement content will occupy the same hierarchy as other ROUTE-

*Source: ATSC 3.0 Standard*

The choice of whether a package or file is immediately stored to the Application Context Cache on receipt within the ROUTE file stream or if the Receiver chooses to defer storage until the particular broadcast data element is referenced is a Receiver implementation decision. However, if the underlying Receiver Web Server cannot provide the requested content, an HTTP status code within the 400-series `Client Error` or 500-series `Server Error` is returned indicating that some error condition occurred [16]. Typically, this is either `404 Not Found`, `408 Request Timeout` or `504 Gateway Timeout` error; however, Broadcaster Applications should be constructed to deal with any HTTP status code when referencing resources not contained within their Entry Package.

*Source: ATSC 3.0 Standard*

In addition, the Broadcaster Application may request resources and content from or perform other activities with broadband web servers making the Broadcaster Application a true Web Application in the traditional sense. A Broadcaster Application should be aware that all Receivers may not contain sufficient storage for all the necessary resources and may not have a broadband connection.

*Source: ATSC 3.0 Standard*

As stated in Section 6.2, storage capability and management of the Application Context Cache are receiver-specific, so that files requested via this API might or might not be stored, depending on the status of the Application Context Cache. However, the Broadcaster Application can use the Query Cache Usage API defined in Section 9.5 to check how much storage quota of Application Context Cache is assigned for the Application Context ID. The Mark Unused API defined in Section 9.9 can be used to indicate to the Application Context Cache system that cached file(s) are unused. If the currently executing Broadcaster Application is terminated, the Receiver may cancel all in-progress file retrieval processes and release all cached files requested by this API.

*Source: ATSC 3.0 Standard*

targetURL – This relative URL shall indicate the location within the Application Context Cache relative to its base where the files are to be placed. When sourceURL is not present, the targetURL shall indicate the location within the Application Context Cache relative to its base where the Receiver should look for the files referenced by the Period and reply with an indication of whether or not all the files are present and not expired. When sourceURL is present and targetURL is not present, the files shall be stored under each URL relative to the root of the Application Context Cache.

*Source: ATSC 3.0 Standard*

| executing with said processor at said receiver station, under the control of the transmitter station, said computer program, by processing data, to output advertising at said receiver station. | The standard practices executing with said processor (e.g., a processor of the ATSC receiver) at said receiver station (e.g., ATSC receiver, media player, etc.), under the control of the transmitter station (e.g., broadcasting station), said computer program (e.g., Broadcaster Application), by processing data (e.g., resolving XLink references, parsing MPD files, etc.), to output advertising (e.g., advertisements, etc.) at said receiver station (e.g., ATSC receiver, media player, etc.).

As shown below, the standard practices a method of transmitting TV program content such as videos, audios, etc., to an ATSC receiver. The broadcaster transmits a Broadcaster application over the broadcast signal to the receiver via the ROUTE protocol. The receiver stores the broadcaster application in its local cache and is executed upon receiving an application signalling.

When a broadcaster delivers a DASH manifest (MPD), it marks certain periods as ad slots and reference them using an xlink:href. The Broadcaster Application controls how these XLinks are resolved. Based on broadcaster signaling and available ad assets, the application directs the receiver to either play the default broadcast ad or substitute it with a personalized ad. |

"ATSC 3.0 provides OTA broadcasters the same level of interactivity that you're seeing with digital content on the web today," said Anne Schelle, managing director of the Pearl TV broadcaster consortium. "Everything that advertisers can do with digital online, they can now do over the air using ATSC 3.0."

**Dynamic Ad Insertion**

The biggest advantage of ATSC 3.0-based TV advertising is its ability to provide sponsors with all of the features offered by online interactive advertising. This advance finally releases broadcast television from the bonds of 20th century one-way TV advertising, which is about as up-to-date as VCRs.

https://www.tvtechnology.com/news/how-will-atsc-30-transform-tv-advertising

"Online, there's the ability to enable dynamic ad insertion plus things like overlays and interactive application ads where viewers are actually engaging with advertisements," said Schelle. "When TV stations broadcast in ATSC 3.0 to ATSC 3.0-enabled TV sets connected to the web, all of this interactivity becomes available over the air for live linear broadcasts."

https://www.tvtechnology.com/news/how-will-atsc-30-transform-tv-advertising

As we explored the capabilities of ATSC 3.0, we identified several foundational features that broadcasters can implement right away to enhance viewer engagement:

## Targeted advertising

**Benefits for viewers:**

- Ads are more relevant and less intrusive, improving overall viewing experience
- Reduced ad fatigue by seeing fewer, more personalized messages
- Potential for viewer-controlled ad experiences (choose-your-own-adventure formats, etc.)

**Benefits for broadcasters:**

- Higher CPMs (cost per mille) due to improved ad targeting
- Stronger ROI for advertisers, making the platform more attractive
- Insight-rich data to refine audience segmentation and campaign performance

https://www.oxagile.com/article/atsc-3-0-features/



https://www.youtube.com/watch?v=1IXG8EQRyY4

## 4. SIGNALING OF APPLICATION PROPERTIES

A service can contain zero or more app-based enhancements. For example, a linear service could contain one app-based enhancement consisting of an app that runs in the background and manages the insertion of targeted ads, and another app-based enhancement that contains a collection of apps that provide an interactive viewing experience to enhance the audio/video program. Each app-based enhancement is separately signaled, so that the creators of diverse apps do not need to coordinate their signaling.

*Source: ATSC 3.0 Standard*

### 8.1    Introduction

A Broadcaster Application on the Receiver may wish to exchange information with the Receiver platform to:

- Retrieve user settings
- Receive an event from the Receiver to the Broadcaster Application
  - Notification of change in a user setting
  - DASH-style Event Stream event (from broadcaster)
- Request receiver actions

*Source: ATSC 3.0 Standard*

There are noteworthy differences between an HTML5 application deployed in a normal web environment and one deployed in an ATSC 3.0 broadcast environment. In the ATSC 3.0 broadcast environment, a Broadcaster Application can:

- Access resources from broadcast or broadband:
- Request Receivers to perform certain functions that are not otherwise available via the JavaScript APIs, such as:
  - Utilizing the media player provided by the Receiver (called the Receiver Media Player) to
    - Stream media content via broadcast signaling delivery mechanism
    - Stream media content (i.e. unicast) via broadband delivery mechanism
    - Playback media content that has been downloaded via broadcast or broadband delivery mechanisms;

*Source: ATSC 3.0 Standard*

## 7.1 Utilizing RMP

The RMP can be triggered to play out media content streamed over broadcast by receiver logic or by an explicit request from a Broadcaster Application. These distinctions are further described in this section.

### 7.1.1 Broadcast or Hybrid Broadband and Broadcast Live Streaming

When tuned to a new service, the RMP determines whether to play out the media stream or whether to wait for the Broadcaster Application to determine whether to play out the media stream. The HTML Entry page Location Description (HELD) specified in A/331 [1] signals which entity (AMP, RMP) is intended to play the media stream, however receiver logic can choose to play out the media stream, regardless of what is signaled in HELD. The information in the MPD determines whether the media stream segments are to be played out from broadcast or from a combination of broadband and broadcast.

*Source: ATSC 3.0 Standard*

---

### 9.16 XLink APIs

The APIs in this section provide a mechanism allowing the Broadcaster Application to replace a DASH Period marked with an XLink attribute with a Period fragment referencing alternate content. There are two APIs defined:

- A notification API allowing the Receiver to notify the Broadcaster Application that the RMP has detected an MPD Period with an XLink attribute. Notifications only occur if the Broadcaster Application has subscribed to the notification (see Section 9.7.5.1). The Broadcaster Application may then provide an alternate Period using the XLink Resolved API.
- The XLink Resolved API is used by the Broadcaster Application to provide a replacement MPD URL or DASH Period text to be used by the RMP as an alternative to the DASH Period within which the XLink was detected. It is possible for the Receiver to ignore the XLink Resolved request for a variety of reasons. Once an MPD URL or DASH Period is sent to the Receiver, the Receiver shall provide timing information in the response, so the Broadcaster Application can present the appropriate user interface.

*Source: ATSC 3.0 Standard*

Once an XLink Resolution notification is sent, the Broadcaster Application may decide to provide alternate content using its own criteria.

For example, the broadcast stream may contain advertisements that could be targeted at various viewers based on a variety of criteria. The time span of the default advertisement and the associated content would be described in a particular DASH Period structure that would contain an XLink attribute. To accommodate the advertisement replacement, the Broadcaster Application would subscribe to the XLink Notification API. On receipt of the Period containing the XLink, the Receiver would issue the following message:

*Source: ATSC 3.0 Standard*

### 9.16.2 XLink Resolved API

After the XLink Notification (9.16.1) is received, the Broadcaster Application determines which alternate content to replace the default content with and makes a request to the Receiver using the XLink Resolved API. The Broadcaster Application provides either the MPD URL of the alternate content or the actual Period text in the request. The Receiver processes the replacement MPD URL or Period text, as appropriate, to replace the default content with the alternate content. If the Receiver is not able to replace the default content, the returned disposition object shall contain the appropriate code and description indicating the reason for the failure. In either case, timing information is provided to allow the Broadcaster Application to provide an appropriate user interface to match the playing content.

*Source: ATSC 3.0 Standard*

Figure A.1 describes three DASH Periods, designated as P1, P2, and P3. Here, P2 is an "ad avail," meaning that a possible replacement ad may be substituted for the content that would otherwise play during that interval. If no personalization is done, the default content (called "P2*") plays. The asterisk indicates that the MPD element describing P2 includes an XLink. Based on some personalization criteria (described later), P2 could be replaced with an alternative content, shown as P2a, P2b, or P2c in the figure.

*Source: ATSC 3.0 Standard*



**Figure A.1** Personalized ad periods.

In this example, the broadcast MPD includes an XLink attribute within the Period element describing P2.

*Source: ATSC 3.0 Standard*

### A.1    INTRODUCTION

The Reference Receiver Model supports personalized client-side ad insertion. The mechanism depends on the type of service: for regular "watch TV" types of services that include application-based features, the Broadcaster Application can directly parse the MPD and resolve the XLink. It can also provide a service to the Receiver Media Player to resolve an XLink, but this assumes that the Receiver Media Player should parse the MPD and propagate the XLink resolution event to the Broadcaster Application in less than 150 milliseconds. Receiver Media Players that cannot parse the MPD and propagate the XLink resolution event in less than 150 milliseconds cannot be used for client-side ad insertion. For application-based services, the Broadcaster Application itself can determine the appropriate content to play for any particular user. The XLink-based method is described and specified here.

*Source: ATSC 3.0 Standard*

The method specified herein involves:

1) Signaling an "ad avail" as a DASH Period in an MPD;
2) Tagging each replaceable Period with an XLink;
3) Having the Receiver Media Player call on the Broadcaster Application to resolve each XLink;
4) Managing the pre-caching of ad content, if necessary, within the Broadcaster Application;
5) Employing the Broadcaster Application to choose the appropriate ad, personalized to this viewer; and
6) Having the Receiver Media Player execute the seamless splice;

*Source: ATSC 3.0 Standard*

When the Receiver Media Player that meets ATSC 3.0 performance requirements for XLink resolution is used to render media and it receives an updated MPD including an XLink in one or more `Period` elements, if there is a Broadcaster Application currently running, it passes the contents of the `xlink:href` attribute as a parameter to the Broadcaster Application using the XLink Resolution API specified in Section 9.16 to attempt to get it resolved. If successful, the application responds with a replacement `Period` element. A broadcaster application that directly renders media will have access to the updated MPD and can resolve the XLink directly. For the example above, the replacement `Period` might look like the one given in Figure A.3.

*Source: ATSC 3.0 Standard*

```
--> {
    "jsonrpc": "2.0",
    "method": "org.atsc.CacheRequestDASH",
    "params": {
        "targetURL": "advertising1/",
        "Period": "<Period start='PT9H' duration='PT30S'>
            <AdaptationSet mimeType='video/mp4'/>
            <SegmentTemplate timescale='9000' media='video/xbc$Number$.mp4v'
            duration='90000' startNumber='32401' />
            <Representation id='v2' width='1920' height='1080'/></Period>"
    },
    "id": 37
}
```

*Source: ATSC 3.0 Standard*