# Exhibit 4

| US8804727B1 | Wipro Next-Gen ATSC 3.0 Digital TV Receiver ("The accused Product") utilizing ATSC 3.0 ("The Standard") |
|---|---|
| 35. A method of processing information by delivering a plurality of messages to at least one of a plurality of receiver stations, said method comprising the steps of: | The standard discloses a method of processing information (e.g., processing media content) by delivering a plurality of messages (e.g., multiple media segments of video, audio, caption, etc.) to at least one of a plurality of receiver stations (e.g., ATSC receiver, media player, etc.).<br><br>As shown below, ATSC 3.0 is a next-generation broadcast standard that practices a method of transmitting TV program content including multiple media segments of videos, audios, captions, etc., to an ATSC receiver. The receiver station such as set top boxes, smart TVs, mobile devices, etc. receive the video broadcasted from the ATSC transmitter. The received video is then processed by the broadcaster application that parses the MPD to resolve the Xlink.<br><br>The accused product is a Next-Gen ATSC 3.0 Digital TV Receiver which supports the standard.<br><br><br><br>https://www.wipro.com/newsroom/press-releases/2019/wipro-launches-next-gen-atsc-3-0- |

digital-tv-receiver-solution/

ATSC 3.0 is a major version of the ATSC standards for television broadcasting created by the Advanced Television Systems Committee. Wipro's Next-Gen ATSC 3.0 solution provides full support for hybrid TV viewing and enables viewing of broadcast video content on a range of devices such as set-top-boxes (STBs}, smart TVs, media gateways, mobiles, tablets, dongles and in-car entertainment units. This solution enables its customers to quickly build immersive and interactive receiver solutions and position themselves uniquely within the hybrid TV viewing user segment. The solution will be compatible with Android TV and other operating systems, thus enabling quick integration on the desired device.

Discover more    ⊕ Watch    ⊕ Hard Drives    ⊕ Backup    ⊕ Hard disk drive    ⊕ Installation

The solution incorporates both legacy ATSC 1.0 and Next-Gen ATSC 3.0 delivery systems, with a multi-process architecture and well-defined abstraction layers for easy porting. It also provides multi-type application support across HTML5, Android, iOS and native apps, and comes pre-packaged with Wipro's MPEG DASH and HbbTV components for multi-screen delivery.

Wipro's Next-Gen ATSC 3.0 solution has been enabled using Airwavz RedZone Receiver (RZR) dongle, which is a hybrid ATSC 1.0 & 3.0 digital TV front-end tuner-demodulator that easily plugs into a standard PC, laptop or other OTT device over USB interface.

https://www.equitybulls.com/category.php?page=44&id=244067



https://www.wipro.com/events/join-wipro-at-ces-2026/



https://www.wipro.com/events/join-wipro-at-ces-2024/

The following lists some of the investments that Wipro engineering business unit has made spanning across its key building blocks, technology areas, and sectors:

- ATSC 3.0 Next Gen TV Digital Receiver SW. ATSC 3.0 is a next-generation hybrid TV standard, enables reception of NextGenTV broadcast in the digital TV receivers and includes all latest features starting from 4K video, immersive audio, broadband, interactivity, broadcaster applications, personalization, companion screen, and so forth. It is a hybrid standard and its advanced broadcasting methods makes it ideal for fixed and mobile reception.

- MiQ — Manufacturing Intelligent Quotient. Next Gen Connected Business Analytics Platform for rapid digital transformation. It is a one-stop shop for end-to-end analytics, cognitive, and

©2021 IDC                    #US47538921                    8

https://www.wipro.com/content/dam/nexus/en/analyst-speak/pdfs/wipros-innovative-engineering-and-r-d-services-featured-in-idc-vendor-profile.pdf



https://www.atsc.org/documents/atsc-3-0-standards/

ATSC 3.0 is designed to bring over-the-air TV broadcasts up to date. It was developed by the Advanced Television Systems Committee (ATSC), the same international group of broadcasters, TV manufacturers, and other tech companies that established the HDTV technical standards in force today.

https://www.consumerreports.org/electronics/emerging-technology/nextgen-tv-atsc-3-what-to-know-a7427792466/



**SPOTLIGHT ATSC 3.0**

This next-generation broadcast platform

**KEY FEATURES**

- Built on the same Internet Protocol backbone as today's popular streaming media platforms

- Designed to bring together Over-the-Air with Over-the-Top content

- Delivers better video quality and immersive audio to viewers

- Provides the capability of Advanced Emergency Alerting and Informing

- Easily adaptable for future technologies

https://www.atsc.org/nextgen-tv/

|  | ATSC 1.0 | ATSC 3.0 |
|---|---|---|
| Signal architecture | One-way digital signal | 4K UHD, HDR, up to 120fps |
| Video quality | Up to 1080i, no HDR | IP-based hybrid delivery (broadcast + broadband) |
| Audio | Stereo or basic Dolby Digital | Dolby Atmos, Voice Plus, loudness leveling |
| Device compatibility | Only for fixed-location TVs with antennas | Smart TVs, mobile devices, in-car systems |

https://www.oxagile.com/article/what-is-atsc-3-0-technology/

## What is Next Generation TV?

The next generation of broadcast television technology is deploying in cities across the country. NEXTGEN TV, also known as ATSC 3.0, offers 4K ultra high-definition video quality, theater-like sound, mobile reception and innovative new features to enhance and expand your broadcast viewing experience.

- Because the new technology combines the best features of broadcast television and broadband, NEXTGEN TV allows local stations to better personalize their broadcasts with information and interactive features so you can get the content and features most relevant to you.
- NEXTGEN TV also supports enhanced mobile reception, so viewers can access unlimited live local and national news, the most popular sports and entertainment programs and children's shows on mobile devices over the air without having to rely on cellular data services.

https://www.nab.org/innovation/nextgentv.asp

Although the details are still being worked out, an example protocol stack for ATSC 3.0 is shown in Figure 3, below. As can be seen, there is significant commonality between delivery via broadcast and delivery via broadband, especially above the delivery protocol layer, with complete convergence in the Application Layer.



Figure 2: Example protocol stack model for ATSC 3.0

https://www.atsc.org/news/atsc-3-0-where-we-stand/



https://www.oxagile.com/article/what-is-atsc-3-0-technology/



**Figure 6.1** Receiver Conceptual Architecture.

*Source: ATSC 3.0 Standard*

There are noteworthy differences between an HTML5 application deployed in a normal web environment and one deployed in an ATSC 3.0 broadcast environment. In the ATSC 3.0 broadcast environment, a Broadcaster Application can:

- Access resources from broadcast or broadband;
- Request Receivers to perform certain functions that are not otherwise available via the JavaScript APIs, such as:
  - Utilizing the media player provided by the Receiver (called the Receiver Media Player) to:
    - Stream media content via broadcast signaling delivery mechanism
    - Stream media content (i.e., unicast) via broadband delivery mechanism

*Source: ATSC 3.0 Standard*

### 5.1.1 System Discovery and Signaling

A process has been defined that describes the system discovery and signaling architecture for the ATSC 3.0 physical layer. The mechanism for carrying such information is called the ATSC 3.0 "bootstrap", and it provides a universal entry point into the ATSC 3.0 broadcast waveform. The "bootstrap" also includes the mechanism for signaling a device in stand-by mode to "wake-up", in the event of an emergency. (See Section 5.2.1.) This System Discovery and Signaling shall be performed as specified in ATSC Standard A/321 [2].

### 5.1.2 Physical Layer Protocol

A protocol has been defined that describes the downlink (i.e., from broadcast transmitter to consumer receiver) baseband transmission system of the ATSC 3.0 physical layer waveform, modulation, and coding. The downlink Physical Layer Protocol for ATSC 3.0 shall be as defined in ATSC Standard A/322 [3]. In addition, ATSC Recommended Practice A/327, "Guidelines for the Physical Layer Protocol" [36], provides informative guidance on use of A/322. Further, two

*Source: ATSC 3.0 Standard*

**Application or App** – A collection of documents constituting a self-contained enhanced or interactive service. The documents of an application can include HTML, JavaScript, CSS, XML and multimedia files. An application can access other data that are not part of the application itself. An Application is a special case of a Locally Cached Content Item.

**App-based Feature** –Component consisting of an application, optional files to be used by the application, and optional notifications directing the application to take particular actions at particular times.

*Source: ATSC 3.0 Standard*

**Component** -- Single media coding sequence of segments of, e.g., video, audio, or captions.

*Source: ATSC 3.0 Standard*

**Linear Service** – A Service where the primary content consists of Components that are delivered according to a schedule and time base defined by the broadcast.

*Source: ATSC 3.0 Standard*

**Service** – A collection of Components presented to the user in aggregate; Components can be of multiple media types; a Service can be either continuous or intermittent.

Note that each of the referenced documents in Section 5.1 includes its own set of defined terms that apply to its contents.

*Source: ATSC 3.0 Standard*

### 4.2   Conceptual Model of Services

ATSC 3.0 enables traditional linear programming, enhanced linear programming and application-based services. Enhanced linear programming can include a variety of different Components such as multiple video, audio and caption streams that can be selected and synchronously combined for presentation at the receiver. Linear programming services can be enhanced by applications, such as interactive games or targeted ad insertion. Application-based services are also possible, in which an application serves as a launching point of the service, and the service is consumed from within the application. An example of an application-based service could be an on-demand service that allows a viewer to access and manage a library of on-demand content and play selected titles.

*Source: ATSC 3.0 Standard*

### 5.1.6   Signaling, Delivery, Synchronization, and Error Protection

The technical mechanisms and procedures for service signaling and IP-based delivery of ATSC 3.0 services and contents over broadcast, broadband and hybrid broadcast/broadband networks, along with the mechanism to signal the language(s) of each provided Service, including audio, captions, subtitles (if present), and any emergency Service shall be as specified in ATSC Standard A/331 [7]. In addition, ATSC Recommended Practice A/351, "Techniques for Signaling, Delivery and Synchronization" [39], provides informative guidance on use of A/331.

*Source: ATSC 3.0 Standard*

"Broadcast content distribution over IP networks", often called IP-based broadcasting or video over IP, is the process of delivering broadcast-quality audio and video content using the Internet Protocol (IP) networks instead of traditional live broadcast infrastructure (like SDI cables) and dedicated broadcast equipment. It should also be noted that the TS-ASI interface is increasingly being replaced by Gigabit Ethernet interfaces, especially in the head-ends and in the playout centers. With the popularity of 10Gb and 25Gb Ethernet switches, the transition to video over IP is accelerating.

IP broadcasting represents a fundamental shift in how television and media content is produced, transported, and delivered. This technology transformation is moving the broadcasting industry from traditional baseband video and dedicated broadcast networks to flexible, software-defined IP-based infrastructures. Nowadays, many DTV receivers also support Internet connectivity via LAN or wireless link.

This approach breaks down content into digital data packets and sends them over a standard Internet network, which can be a private network or the public Internet. This type of modern television delivery system is also called streaming service.

Speak to us right no

https://www.samimgroup.com/blog/about-ip-broadcasting/

### 7.1 Utilizing RMP

The RMP can be triggered to play out media content streamed over broadcast by receiver logic or by an explicit request from a Broadcaster Application. These distinctions are further described in this section.

#### 7.1.1 Broadcast or Hybrid Broadband and Broadcast Live Streaming

When tuned to a new service, the RMP determines whether to play out the media stream or whether to wait for the Broadcaster Application to determine whether to play out the media stream. The HTML Entry page Location Description (HELD) specified in A/331 [1] signals which entity (AMP, RMP) is intended to play the media stream, however receiver logic can choose to play out the media stream, regardless of what is signaled in HELD. The information in the MPD determines whether the media stream segments are to be played out from broadcast or from a combination of broadband and broadcast.

*Source: ATSC 3.0 Standard*

#### 7.1.3 Downloaded Media Content

Depending on the request from the Broadcaster Application, the RMP can play out downloaded media content that was delivered via broadband or broadcast. The Broadcaster Application can make such a request using the Set RMP URL WebSocket API as described in Section 9.7.3.

*Source: ATSC 3.0 Standard*

```xml
<MPD type="dynamic" … availabilityStartTime="2016-07-01T00:00:00Z">
…
<Period start="PT0S" >    <!-- P1a -->
  <AdaptationSet mimeType="video/mp4" … >
    <SegmentTemplate timescale="90000" … media="xbc-$Number$.mp4v" duration="90000" />
    <Representation id="v2" width="1920" height="1080" … />
  </AdaptationSet>
</Period>
```

```xml
<Period start="PT9H" >    <!-- P1b -->
  <AdaptationSet mimeType="video/mp4" … >
    <SegmentTemplate timescale="90000" … media="xbc-$Number$.mp4v" duration="90000"
        startNumber="32401" />
    <Representation id="v2" width="1920" height="1080" … />
  </AdaptationSet>
</Period>
```

```xml
<Period start="PT9H0M30S" >        <!-- P1c -->
  <AdaptationSet mimeType="video/mp4" … >
    <SegmentTemplate timescale="90000" … media="xbc-$Number$.mp4v" duration="90000"
        startNumber="32431" />
    <Representation id="v2" width="1920" height="1080" … />
  </AdaptationSet>
</Period>
</MPD>
```

Source: ATSC 3.0 Standard

## 4.2 Receiver Media Player Display

The RMP presents its video output behind any visible output from the Broadcaster Application. Figure 4.1 illustrates the relationship and the composition function performed in the Receiver.

Figure 4.1 illustrates two examples. In the example on the left, the graphical output from the Broadcaster Application is overlaid onto the full-screen video being rendered by the Receiver Media Player. For the linear A/V service with application enhancement, the Broadcaster Application may instruct the Receiver Media Player to scale the video, as it may wish to use more area for graphics. A JSON-RPC message as described in Section 9.7.2 is used to instruct the RMP to scale and position the video it renders. This scenario is illustrated in the example shown on the

*Source: ATSC 3.0 Standard*

right side of the figure. The Broadcaster Application will likely want to define the appearance of the screen surrounding the video inset. It can do that by defining the background in such a way that the rectangular area where the RMP video is placed is specified as transparent.



Figure 4.1 Rendering model for application enhancements using RMP.

Source: ATSC 3.0 Standard

| (1) receiving said plurality of messages, said plurality of messages having | The standard discloses receiving said plurality of messages (e.g., multiple media segments of video, audio, caption files, etc.), said plurality of messages (e.g., multiple media segments of video, audio, caption, etc.) having different data formats (e.g., video format such as 4K UHD, HDR, HEVC, etc., and audio format such as MPEG-H 3D, AC-4, etc.). |
|---|---|

| | |
|---|---|
| different data formats; | As shown below, ATSC 3.0 is a next-generation broadcast standard that practices a method of transmitting TV program content including multiple media segments of videos, audios, captions, etc., to an ATSC receiver. These media segments may be in different data formats, such as video files in formats such as 4K UHD, HDR, HEVC, etc., and audio files in formats such as MPEG-H 3D, AC-4, etc.<br><br>5.1.1  System Discovery and Signaling<br><br>A process has been defined that describes the system discovery and signaling architecture for the ATSC 3.0 physical layer. The mechanism for carrying such information is called the ATSC 3.0 "bootstrap", and it provides a universal entry point into the ATSC 3.0 broadcast waveform. The "bootstrap" also includes the mechanism for signaling a device in stand-by mode to "wake-up", in the event of an emergency. (See Section 5.2.1.) This System Discovery and Signaling shall be performed as specified in ATSC Standard A/321 [2].<br><br>5.1.2  Physical Layer Protocol<br><br>A protocol has been defined that describes the downlink (i.e., from broadcast transmitter to consumer receiver) baseband transmission system of the ATSC 3.0 physical layer waveform, modulation, and coding. The downlink Physical Layer Protocol for ATSC 3.0 shall be as defined in ATSC Standard A/322 [3]. In addition, ATSC Recommended Practice A/327, "Guidelines for the Physical Layer Protocol" [36], provides informative guidance on use of A/322. Further, two<br><br>*Source: ATSC 3.0 Standard* |



**Figure 6.1** Receiver Conceptual Architecture.

*Source: ATSC 3.0 Standard*

5.1.6   Signaling, Delivery, Synchronization, and Error Protection

The technical mechanisms and procedures for service signaling and IP-based delivery of ATSC 3.0 services and contents over broadcast, broadband and hybrid broadcast/broadband networks, along with the mechanism to signal the language(s) of each provided Service, including audio, captions, subtitles (if present), and any emergency Service shall be as specified in ATSC Standard A/331 [7]. In addition, ATSC Recommended Practice A/351, "Techniques for Signaling, Delivery and Synchronization" [39], provides informative guidance on use of A/331.

*Source: ATSC 3.0 Standard*

"Broadcast content distribution over IP networks", often called IP-based broadcasting or video over IP, is the process of delivering broadcast-quality audio and video content using the Internet Protocol (IP) networks instead of traditional live broadcast infrastructure (like SDI cables) and dedicated broadcast equipment. It should also be noted that the TS-ASI interface is increasingly being replaced by Gigabit Ethernet interfaces, especially in the head-ends and in the playout centers. With the popularity of 10Gb and 25Gb Ethernet switches, the transition to video over IP is accelerating.

IP broadcasting represents a fundamental shift in how television and media content is produced, transported, and delivered. This technology transformation is moving the broadcasting industry from traditional baseband video and dedicated broadcast networks to flexible, software-defined IP-based infrastructures. Nowadays, many DTV receivers also support Internet connectivity via LAN or wireless link.

This approach breaks down content into digital data packets and sends them over a standard Internet network, which can be a private network or the public Internet. This type of modern television delivery system is also called streaming service.

Speak to us right no

https://www.samimgroup.com/blog/about-ip-broadcasting/

**Application or App** – A collection of documents constituting a self-contained enhanced or interactive service. The documents of an application can include HTML, JavaScript, CSS, XML and multimedia files. An application can access other data that are not part of the application itself. An Application is a special case of a Locally Cached Content Item.

**App-based Feature** –Component consisting of an application, optional files to be used by the application, and optional notifications directing the application to take particular actions at particular times.

*Source: ATSC 3.0 Standard*

**Component** -- Single media coding sequence of segments of, e.g., video, audio, or captions.

*Source: ATSC 3.0 Standard*

**Service** – A collection of Components presented to the user in aggregate; Components can be of multiple media types; a Service can be either continuous or intermittent.

Note that each of the referenced documents in Section 5.1 includes its own set of defined terms that apply to its contents.

*Source: ATSC 3.0 Standard*

### 4.2  Conceptual Model of Services

ATSC 3.0 enables traditional linear programming, enhanced linear programming and application-based services. Enhanced linear programming can include a variety of different Components such as multiple video, audio and caption streams that can be selected and synchronously combined for presentation at the receiver. Linear programming services can be enhanced by applications, such as interactive games or targeted ad insertion. Application-based services are also possible, in which an application serves as a launching point of the service, and the service is consumed from within the application. An example of an application-based service could be an on-demand service that allows a viewer to access and manage a library of on-demand content and play selected titles.

*Source: ATSC 3.0 Standard*

**ATSC 3.0** is the latest version of the standard TV broadcast. It's designed to improve picture quality, sound, interactivity, and adaptability to modern technologies. Think of it as upgrading TV from an old flip phone to a modern smartphone: more features, better performance, and smarter capabilities.

## Better picture and sound quality

Watching your favourite sports game in 4K with rich colours and stadium-like surround sound makes it feel like you're there in person.

- **4K Ultra HD.** ATSC 3.0 supports ultra-high-definition video (ATSC 3.0 4K TV), making shows and movies look sharper and more vibrant.

- **HEVC (high efficiency video coding).** ATSC 3.0 supports HEVC. It offers from 25% to 50% better data compression at the same level of video quality.

- **HDR (high dynamic range).** Colours are more realistic, and the contrast between light and dark scenes is much better.

- **Immersive audio.** With **Dolby AC-4** sound, it feels like it's coming from all around you, just like in a movie theater.

- **MPEG-H 3D audio** can support up to 64 loudspeaker channels.

https://promwad.com/news/guide-atsc

ATSC 3.0 specifies the use of the following standards for the encoding of video, audio, subtitles & caption information and signaling data:

- Video: **HEVC (ITU-R H.265)**, with a color subsampling of 4:2:0 and maximum spatial resolution of 2160 x 3840 pixels (**4K - 2160p**).

- Audio: **AC-4**.

- Subtitles, captions and signaling data: These are delivered using either **DASH** (Dynamic Adaptive Streaming over Hyper-Text Transfer Protocol) segments over **ROUTE-DASH** (Real-Time Object Delivery over Unidirectional Transport) or **MPU** packets (Media Processing Units) over **MMTP** (MPEG Media Transport protocol). It is worth mentioning that ATSC 3.0 services are classified into 5 categories: linear video/audio, linear audio only, applications, service guide and emergency alerts. The signaling data allows for service discovery and reception of its identification and description.

https://www.promaxelectronics.com/ing/news/608/atsc-3-technical-overview/

**Broadcasting in 4K UHD and beyond**

With its significant advancement over the ATSC 1.0, NextGen TV offers many new features and capabilities. Key aspects of NextGen TV include:

- **Enhanced picture and sound quality.** In addition to 720p and 1080p, ATSC 3.0 supports 4K UHD video and HDR technology for more details, contrast and color. However, you'll need a 4K TV in order to fully experience the immersive imagery of 4K UHD.

- **Immersive audio.** NextGen TV supports advanced audio formats for an immersive, three-dimensional and engaging sound experience, which enhances the audio quality of broadcasts.

- **Hybrid broadcast-broadband capabilities.** Allowing stations to integrate over-the-air broadcasting with broadband internet, ATSC 3.0 includes new services like on-demand content, interactive applications and personalized experiences.

- **Backward compatibility.** NextGen TV is backward compatible with existing ATSC 1.0 broadcasts, ensuring viewers with older equipment that they can still receive over-the-air signals.

https://www.bestbuy.com/discover-learn/what-is-nextgen-tv-and-how-is-it-different/pcmcat1704918515793

5.1.14   Video - HEVC

ATSC 3.0 can support multiple video coding technologies. When HEVC video compression [31] is used with the ATSC 3.0 Digital Television System, coding constraints shall be as specified in ATSC Standard A/341 [14].

All ATSC 3.0 terrestrial and hybrid television services emitted within a given region should use one High Dynamic Range (HDR) system selected for that region from those defined in A/341 (i.e., PQ or HLG). Emission of SL-HDR1 derived from a PQ source is considered to be based on an underlying PQ transfer function.

*Source: ATSC 3.0 Standard*

### 1.1.1  Flexibility

Each ATSC 3.0 Standard is designed for maximum flexibility in its operation and is extensible to accommodate future adaptation. As a result, it is critical for implementers to use the most up-to-date revision of each Standard, as referenced herein.[1] The overall documentation structure also enables individual elements of the system to be revised or extended without affecting other elements.

In some cases, multiple, fully parallel options are specified for certain operations, from which broadcasters can choose whichever method is more suitable to their operations or preferences. Examples include the use of either the MMT or ROUTE transport protocol [7], or the use of either the AC-4 or MPEG-H 3D Audio system [16].

*Source: ATSC 3.0 Standard*

- Audio quality is being improved, with support for Dolby AC-4 and MPEG-H 3D Audio formats. These are both multichannel audio formats, with support for surround-sound multi-speaker setups and even 3D object-oriented sound for a much more immersive audio experience. The older ASTC 1.O standard supports 5.1 surround sound, but the ATSC 3.O system allows for up to 7.1.4 channel support and formats like Dolby Atmos can be offered over the air. The multiple audio streams will also offer customization options, such as multiple languages and video-description services for the visually impaired.

https://www.avixa.org/pro-av-trends/articles/the-journey-to-atsc-3.0-with-pro-av-and-digital-signage-implications

| | |
|---|---|
| | **5.1.16  Captions and Subtitles**<br><br>Technology is defined for carriage of closed caption and subtitle tracks over both the ROUTE-DASH and MMT transports of ATSC 3.0. This definition includes the caption/subtitle content essence, its packaging and timing, and its transport-dependent signaling. The mechanisms used for such functionality in ATSC 3.0 broadcasts shall be as specified in ATSC Standard A/343 [19]. In addition, ATSC Technology Group Report T/300, "ATSC 3.0 Launch – DASH Timeline and IMSC1" [43], provides informative guidance on interoperability of the ATSC 3.0 IMSC1 Component.<br><br>*Source: ATSC 3.0 Standard* |
| (2) receiving a control signal from a remote source which operates at a transmitter station to communicate said plurality of messages to a transmitter, said control signal comprising a schedule; and | The standard discloses receiving a control signal (e.g., video schedule signal including time of playback, etc.) from a remote source (e.g., remote source such as cameras, playout servers, etc. at broadcast transmitter station) which operates at a transmitter station (e.g., a broadcast transmitter station) to communicate said plurality of messages (e.g., multiple media segments of video, audio, caption files, etc.) to a transmitter (e.g., a broadcast transmitter), said control signal (e.g., video schedule signal) comprising a schedule (e.g., schedule, time, etc. of video playback).<br><br>As shown below, ATSC 3.0 is a next-generation broadcast standard that practices a method of transmitting TV program content including multiple media segments of videos, audios, captions, etc., to an ATSC receiver. The standard supports broadcasting live and on-demand media content. The media content segments are transmitted from scheduler/tv station (transmitter station) to transmitter via studio to transmitter link. The media content transmitted is a scheduled media content that includes a schedule and time base for playback. |

- **Broadcast or Hybrid Broadband / Broadcast Live Streaming** – The content segments arrive either via broadband or broadcast.
- **Broadband Media Streaming** – Media content streaming over broadband (on-demand or linear service).
- **Downloaded Media Content** – Media content downloaded over broadcast or broadband ahead of time. Details of how media content is downloaded over broadband or broadcast is described in Section 9.3.11 of this specification.

The type of media streams played depends on signaling in the MPD of live broadcast streams, or specific Broadcaster Application logic.

*Source: ATSC 3.0 Standard*



https://www.atsc.org/news/getting-from-here-to-atsc-3-0-next-gen-standard-changes-

everything/

1. **Smart TVs With a Built-in ATSC 3.0 Tuner**

   - This allows for the smart TV to directly connect through the coax for channel scanning and program viewing. The TV outputs sound through HDMI or Bluetooth to the sound bar or AV receiver.



https://www.allion.com/tech_audio_video_atsc3/

5.1.1    System Discovery and Signaling

A process has been defined that describes the system discovery and signaling architecture for the ATSC 3.0 physical layer. The mechanism for carrying such information is called the ATSC 3.0 "bootstrap", and it provides a universal entry point into the ATSC 3.0 broadcast waveform. The "bootstrap" also includes the mechanism for signaling a device in stand-by mode to "wake-up", in the event of an emergency. (See Section 5.2.1.) This System Discovery and Signaling shall be performed as specified in ATSC Standard A/321 [2].

5.1.2    Physical Layer Protocol

A protocol has been defined that describes the downlink (i.e., from broadcast transmitter to consumer receiver) baseband transmission system of the ATSC 3.0 physical layer waveform, modulation, and coding. The downlink Physical Layer Protocol for ATSC 3.0 shall be as defined in ATSC Standard A/322 [3]. In addition, ATSC Recommended Practice A/327, "Guidelines for the Physical Layer Protocol" [36], provides informative guidance on use of A/322. Further, two

*Source: ATSC 3.0 Standard*



**Figure 6.1** Receiver Conceptual Architecture.

*Source: ATSC 3.0 Standard*

5.1.6    Signaling, Delivery, Synchronization, and Error Protection

The technical mechanisms and procedures for service signaling and IP-based delivery of ATSC 3.0 services and contents over broadcast, broadband and hybrid broadcast/broadband networks, along with the mechanism to signal the language(s) of each provided Service, including audio, captions, subtitles (if present), and any emergency Service shall be as specified in ATSC Standard A/331 [7]. In addition, ATSC Recommended Practice A/351, "Techniques for Signaling, Delivery and Synchronization" [39], provides informative guidance on use of A/331.

*Source: ATSC 3.0 Standard*

**Application or App** – A collection of documents constituting a self-contained enhanced or interactive service. The documents of an application can include HTML, JavaScript, CSS, XML and multimedia files. An application can access other data that are not part of the application itself. An Application is a special case of a Locally Cached Content Item.

**App-based Feature** –Component consisting of an application, optional files to be used by the application, and optional notifications directing the application to take particular actions at particular times.

*Source: ATSC 3.0 Standard*

**Component** -- Single media coding sequence of segments of, e.g., video, audio, or captions.

*Source: ATSC 3.0 Standard*

**Service** – A collection of Components presented to the user in aggregate; Components can be of multiple media types; a Service can be either continuous or intermittent.

Note that each of the referenced documents in Section 5.1 includes its own set of defined terms that apply to its contents.

*Source: ATSC 3.0 Standard*

**Linear Service** – A Service where the primary content consists of Components that are delivered according to a schedule and time base defined by the broadcast.

*Source: ATSC 3.0 Standard*

5.1.4    Scheduler / Studio to Transmitter Link

A set of interfaces between the Transport Layer and the Physical Layer and within the Physical Layer of the ATSC 3.0 System has been defined. It consists of standard protocols to transport content from data sources to generators of the ATSC Link-Layer Protocol (ALP), to transport ALP packets, and to transport Studio-to-Transmitter Link (STL) packets, all along with necessary timing and control information. All three protocols contain provisions for error correction coding and security measures that can be applied during transport. The functions of a Scheduler also have been defined to provide control of the emissions of the transmitter(s) and preparation of the signaling necessary to set the Physical Layer operating parameters for both transmitters and receivers. Support for operation of Single Frequency Networks (SFNs) is provided, as is support for operation of neighboring co-channel stations or networks, transmitting with parameters yielding low SNR thresholds, with similar or identical configurations, while minimizing interference between them. The various protocols shall be as specified in ATSC Standard A/324 [5].

*Source: ATSC 3.0 Standard*

Upon successfully scheduling the pending MPD playback, the Receiver would respond:

```
<-- {
    "jsonrpc": "2.0",
    "result": {},
    "id": 107
}
```

If the Receiver's RMP cannot accept the request for scheduled playback of the content (e.g. because the specified synchronization time has passed or is too soon for the RMP to prepare), the Receiver might respond:

*Source: ATSC 3.0 Standard*


### 4.2   Conceptual Model of Services

ATSC 3.0 enables traditional linear programming, enhanced linear programming and application-based services. Enhanced linear programming can include a variety of different Components such as multiple video, audio and caption streams that can be selected and synchronously combined for presentation at the receiver. Linear programming services can be enhanced by applications, such as interactive games or targeted ad insertion. Application-based services are also possible, in which an application serves as a launching point of the service, and the service is consumed from within the application. An example of an application-based service could be an on-demand service that allows a viewer to access and manage a library of on-demand content and play selected titles.

*Source: ATSC 3.0 Standard*

<table>
<tr>
<td></td>
<td>

**7.1  Utilizing RMP**

The RMP can be triggered to play out media content streamed over broadcast by receiver logic or by an explicit request from a Broadcaster Application. These distinctions are further described in this section.

**7.1.1  Broadcast or Hybrid Broadband and Broadcast Live Streaming**

When tuned to a new service, the RMP determines whether to play out the media stream or whether to wait for the Broadcaster Application to determine whether to play out the media stream. The HTML Entry page Location Description (HELD) specified in A/331 [1] signals which entity (AMP, RMP) is intended to play the media stream, however receiver logic can choose to play out the media stream, regardless of what is signaled in HELD. The information in the MPD determines whether the media stream segments are to be played out from broadcast or from a combination of broadband and broadcast.

*Source: ATSC 3.0 Standard*

</td>
</tr>
<tr>
<td>

(3) transmitting said plurality of messages, wherein said plurality of messages is effective to cause said at least one of a plurality of receiver stations to generate at least a portion of a television signal and to control a plurality of

</td>
<td>

The standard discloses transmitting said plurality of messages (e.g., multiple media segments such as video, audio, caption files, etc.), wherein said plurality of messages (e.g., multiple media segments such as video, audio, caption files, etc.) is effective to cause said at least one of a plurality of receiver stations (e.g., ATSC receiver, media player, etc.) to generate at least a portion of a television signal (e.g., decoded video content, etc.) and to control (e.g., communicate and present the content on ATSC companion device) a plurality of devices (e.g., ATSC companion devices).

As shown below, ATSC 3.0 is a next-generation broadcast standard that practices a method of transmitting TV program content including multiple media segments of videos, audios, captions, etc., to an ATSC receiver. The receiver station such as set top boxes, smart TVs, mobile devices, etc. receive the video broadcasted from the ATSC transmitter. The ATSC receiver decodes the media content for presentation. The ATSC receiver communicates with the ATSC companion device such as smartphone, tablet, etc. and present the same content on ATSC companion device.

</td>
</tr>
</table>

| devices. | |
|---|---|
| | **5.1.1    System Discovery and Signaling**<br><br>A process has been defined that describes the system discovery and signaling architecture for the ATSC 3.0 physical layer. The mechanism for carrying such information is called the ATSC 3.0 "bootstrap", and it provides a universal entry point into the ATSC 3.0 broadcast waveform. The "bootstrap" also includes the mechanism for signaling a device in stand-by mode to "wake-up", in the event of an emergency. (See Section 5.2.1.) This System Discovery and Signaling shall be performed as specified in ATSC Standard A/321 [2].<br><br>**5.1.2    Physical Layer Protocol**<br><br>A protocol has been defined that describes the downlink (i.e., from broadcast transmitter to consumer receiver) baseband transmission system of the ATSC 3.0 physical layer waveform, modulation, and coding. The downlink Physical Layer Protocol for ATSC 3.0 shall be as defined in ATSC Standard A/322 [3]. In addition, ATSC Recommended Practice A/327, "Guidelines for the Physical Layer Protocol" [36], provides informative guidance on use of A/322. Further, two<br><br>*Source: ATSC 3.0 Standard* |

|  | ATSC 1.0 | ATSC 3.0 |
|---|---|---|
| Signal architecture | One-way digital signal | 4K UHD, HDR, up to 120fps |
| Video quality | Up to 1080i, no HDR | IP-based hybrid delivery (broadcast + broadband) |
| Audio | Stereo or basic Dolby Digital | Dolby Atmos, Voice Plus, loudness leveling |
| Device compatibility | Only for fixed-location TVs with antennas | Smart TVs, mobile devices, in-car systems |

https://www.oxagile.com/article/what-is-atsc-3-0-technology/



https://www.atsc.org/news/getting-from-here-to-atsc-3-0-next-gen-standard-changes-everything/



**Figure 6.1** Receiver Conceptual Architecture.

*Source: ATSC 3.0 Standard*

### 1. Smart TVs With a Built-in ATSC 3.0 Tuner

- This allows for the smart TV to directly connect through the coax for channel scanning and program viewing. The TV outputs sound through HDMI or Bluetooth to the sound bar or AV receiver.



https://www.allion.com/tech_audio_video_atsc3/

#### 5.1.6    Signaling, Delivery, Synchronization, and Error Protection

The technical mechanisms and procedures for service signaling and IP-based delivery of ATSC 3.0 services and contents over broadcast, broadband and hybrid broadcast/broadband networks, along with the mechanism to signal the language(s) of each provided Service, including audio, captions, subtitles (if present), and any emergency Service shall be as specified in ATSC Standard A/331 [7]. In addition, ATSC Recommended Practice A/351, "Techniques for Signaling, Delivery and Synchronization" [39], provides informative guidance on use of A/331.

*Source: ATSC 3.0 Standard*

**Application or App** – A collection of documents constituting a self-contained enhanced or interactive service. The documents of an application can include HTML, JavaScript, CSS, XML and multimedia files. An application can access other data that are not part of the application itself. An Application is a special case of a Locally Cached Content Item.

**App-based Feature** –Component consisting of an application, optional files to be used by the application, and optional notifications directing the application to take particular actions at particular times.

*Source: ATSC 3.0 Standard*

**Component** -- Single media coding sequence of segments of, e.g., video, audio, or captions.

*Source: ATSC 3.0 Standard*

**Service** – A collection of Components presented to the user in aggregate; Components can be of multiple media types; a Service can be either continuous or intermittent.

Note that each of the referenced documents in Section 5.1 includes its own set of defined terms that apply to its contents.

*Source: ATSC 3.0 Standard*

#### 5.1.4    Scheduler / Studio to Transmitter Link

A set of interfaces between the Transport Layer and the Physical Layer and within the Physical Layer of the ATSC 3.0 System has been defined. It consists of standard protocols to transport content from data sources to generators of the ATSC Link-Layer Protocol (ALP), to transport ALP packets, and to transport Studio-to-Transmitter Link (STL) packets, all along with necessary timing and control information. All three protocols contain provisions for error correction coding and security measures that can be applied during transport. The functions of a Scheduler also have been defined to provide control of the emissions of the transmitter(s) and preparation of the signaling necessary to set the Physical Layer operating parameters for both transmitters and receivers. Support for operation of Single Frequency Networks (SFNs) is provided, as is support for operation of neighboring co-channel stations or networks, transmitting with parameters yielding low SNR thresholds, with similar or identical configurations, while minimizing interference between them. The various protocols shall be as specified in ATSC Standard A/324 [5].

*Source: ATSC 3.0 Standard*

### 4.2    Conceptual Model of Services

ATSC 3.0 enables traditional linear programming, enhanced linear programming and application-based services. Enhanced linear programming can include a variety of different Components such as multiple video, audio and caption streams that can be selected and synchronously combined for presentation at the receiver. Linear programming services can be enhanced by applications, such as interactive games or targeted ad insertion. Application-based services are also possible, in which an application serves as a launching point of the service, and the service is consumed from within the application. An example of an application-based service could be an on-demand service that allows a viewer to access and manage a library of on-demand content and play selected titles.

*Source: ATSC 3.0 Standard*

There are noteworthy differences between an HTML5 application deployed in a normal web environment and one deployed in an ATSC 3.0 broadcast environment. In the ATSC 3.0 broadcast environment, a Broadcaster Application can:

- Access resources from broadcast or broadband:
- Request Receivers to perform certain functions that are not otherwise available via the JavaScript APIs, such as:
  - Utilizing the media player provided by the Receiver (called the Receiver Media Player) to
    - Stream media content via broadcast signaling delivery mechanism
    - Stream media content (i.e. unicast) via broadband delivery mechanism
    - Playback media content that has been downloaded via broadcast or broadband delivery mechanisms;

*Source: ATSC 3.0 Standard*

| | |
|---|---|
| **RMP** | Receiver Media Player |
| **ROUTE** | Real-Time Object Delivery over Unidirectional Transport |

*Source: ATSC 3.0 Standard*

## 7.1    Utilizing RMP

The RMP can be triggered to play out media content streamed over broadcast by receiver logic or by an explicit request from a Broadcaster Application. These distinctions are further described in this section.

### 7.1.1    Broadcast or Hybrid Broadband and Broadcast Live Streaming

When tuned to a new service, the RMP determines whether to play out the media stream or whether to wait for the Broadcaster Application to determine whether to play out the media stream. The HTML Entry page Location Description (HELD) specified in A/331 [1] signals which entity (AMP, RMP) is intended to play the media stream, however receiver logic can choose to play out the media stream, regardless of what is signaled in HELD. The information in the MPD determines whether the media stream segments are to be played out from broadcast or from a combination of broadband and broadcast.

*Source: ATSC 3.0 Standard*

| | |
|---|---|
| **AEAT** | Advanced Emergency Alert Table |
| **AMP** | Application Media Player |

*Source: ATSC 3.0 Standard*

### 7.2.5  AMP Utilizing the Push Model

In the push model, the AMP opens the binary WebSocket connections specified in Section 8.2.1. Opening these WebSocket connections is an implicit request that the Receiver retrieve the Initialization and Media Segments of the media content and pass them to the AMP via these connections. The AMP then uses an HTML5 <video> tag in conjunction with MSE to pass the media content to the Receiver's decoders for decoding and presentation. In the broadcast case, the media are retrieved from the broadcast via the ROUTE Client and pushed to the AMP via the WebSocket server. In the broadband case, the media are retrieved from a remote HTTP server via the HTTP Client and pushed to the AMP via the WebSocket server. In both cases, a DASH Streaming Server acts as an intermediary to retrieve the media segments from the ROUTE Client or HTTP Client and stream them to the Broadcaster App via the WebSocket connections.

*Source: ATSC 3.0 Standard*

# The 'bootstrap' mechanism in ATSC 3.0

**The "bootstrap" mechanism** is a specific process to initialise and start communication between the broadcasting system and a receiver (e.g., a TV or set-top box). It sets the foundation for receiving and processing digital television signals.

https://promwad.com/news/guide-atsc

3. **Mode and configuration information.** The bootstrap contains metadata that tells the receiver how to decode subsequent transmission parts. For example, it details modulation type (how the signal is encoded), bandwidth and frequency settings, whether the content is for live TV, on-demand streaming, or other services.

https://promwad.com/news/guide-atsc



https://f.hubspotusercontent00.net/hubfs/5253154/2019-03-21-Tech-ATSC_3-Part_1-Nolan-V2-Handout-V2.pdf

### ATSC Standard:
### Companion Device

**1. SCOPE**

This document specifies the communication protocol between an ATSC 3.0 Primary Device (PD) and an ATSC 3.0 Companion Device (CD). In this context, the primary device is the primary receiver and is used to present the primary content. The companion device communicates with the primary device to present related, supplementary content, or even the same content as that being presented on the primary device. Examples of primary devices include television sets, set-top/converter boxes, and mobile devices that are capable of receiving ATSC 3.0 services. Examples of companion devices are laptops, tablets and smartphones. Use of one of these example companion devices as an ATSC 3.0 receiving device displaying primary content is out of scope of this document, such as using a tablet that has a built-in ATSC 3.0 antenna as a primary viewing device. Use of a companion device to access television-related content, but not in conjunction or communication with a primary receiving device is also out of scope of this document.

*Source: ATSC 3.0 Standard*

**Companion Device** – The Companion Device communicates with the Primary Device to present related, supplementary content, or even the same content as that being presented on the Primary Device.

**Primary Device** – The Primary Device is the primary receiver and is used to present the primary content. The use of Primary Device and PD in this standard is equivalent to the use of Receiver and Reference Receiver Model in A/344 [2].

*Source: ATSC 3.0 Standard*

### 5.6 Companion Device Application to Primary Device Communication

CD Application to PD communication shall consist of the following:

- A CD Application discovers an available PD and obtains its Web Server and WebSocket service endpoints as described in Section 5.3.1.2.
- A CD Application requests information or receives notifications via the WebSocket service endpoint.
- A PD responds to CD requests or provides notifications via the WebSocket connection.

*Source: ATSC 3.0 Standard*



**Figure 5.3** Architecture for CD Application to PD communication.

*Source: ATSC 3.0 Standard*

### 5.1.13 Companion Device

A communication protocol has been defined between an ATSC primary receiver and an ATSC companion device. The companion device communicates with the primary device to present related, supplementary content to (or even the same content as) that being presented on the primary device. This communications protocol shall be as defined in ATSC Standard A/338 [14].

### 5.1.14 Video - HEVC

ATSC 3.0 can support multiple video coding technologies. When HEVC video compression [31] is used with the ATSC 3.0 Digital Television System, coding constraints shall be as specified in ATSC Standard A/341 [14].

All ATSC 3.0 terrestrial and hybrid television services emitted within a given region should use one High Dynamic Range (HDR) system selected for that region from those defined in A/341 (i.e., PQ or HLG). Emission of SL-HDR1 derived from a PQ source is considered to be based on an underlying PQ transfer function.

*Source: ATSC 3.0 Standard*

do not have access to all the signaling delivered within the broadcast. For example, receivers connected to a set-top box via HDMI that are receiving uncompressed audio and video may not

*Source: ATSC 3.0 Standard*

- ATSC Standard: A/338, Companion Devices [14]
  - defines mechanisms for a primary receiving device, such as a television, to communicate emergency information to a companion device, such as a smartphone or a tablet

*Source: ATSC 3.0 Standard*